172 So. 678

Mack **STEWART v. STATE.**

· 4 Div. 935.

Supreme Court of Alabama.

Feb. 18, 1937.

A. A. Carmichael, Atty. Gen., and Francis M. Kohn, Asst. Atty. Gen., for the motion.

Winn & Winn, of Clayton, opposed.

PER CURIAM.

Petition of the State of Alabama, to review and revise the judgment and decision of that court in Mack Stewart v. State (Ala.App.) 172 So. 675.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.